UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 06-22592-CIV-UNGARO-BENAGES/O'Sullivan

TRANSGLOBAL AIRWAYS CORP.
and BB IN TECHNOLOGY CO., LTD.,

        Plaintiffs,

vs.

JAF, LLC; AEROSPACE ENGINEERING
GROUP USA, INC., and ALLAN JIRON,

        Defendants.
_____/

JAF, LLC, and ALLAN JIRON,

        Third Party Plaintiff,

vs.

LASERLINE LEASE FINANCE CORP.,

        Third Party Defendant.
_____/

**DEFENDANTS' MOTION TO COMPEL
PROVISION OF SATISFACTION OF JUDGMENT**

DEFENDANTS, JAF, LLC, AEROSPACE ENGINEERING GROUP USA, INC., ALLAN JIRON, individually, (and Note Guarantors, NOEL AGUILERA and JORGE FERNANDEZ), by and through their undersigned counsel, file this their Motion to Compel Provision of Satisfactions of Judgment in favor of each of the entities and individuals referenced *infra*, and as grounds therefore would show unto this Court:

*BB IN Technology v. JAF, LLC*
Case No: 06-22592-CIV-UNGARO-BENAGES/O'Sullivan

1.   On August 25, 2008, this Honorable Court entered an Amended Final Judgment [DE #172] against the named Defendants and Noel Aguilera and Jorge Fernandez, in the amount of $491,139.21, which was comprised of the deficiency in the previously agreed settlement, interest and attorneys' fees in the amount of $46,702.23.

2.   The full amount of the referenced Amended Final Judgment was fully satisfied by payment through three (3) wire transfers transpiring on September 19, 2008, in the amount of $400,000.00; September 23, 2008, in the amount of $94,000.00; and October 1, 2008, in the amount of $547.75. Concurrent with the final payment the undersigned counsel demanded provision of Satisfactions of Judgment due to the fact that Plaintiff had recorded the Judgments against each of the named individual Defendants and Guarantors which has negatively impacted their personal credit and which jeopardizes the Commercial Loans for the Defendant Corporations.

3.   The undersigned counsel has been in regular contact with Plaintiff's counsel who has requested the undersigned's continuing patience in attempting to work this matter out.

4.   The named Defendants and Guarantors, however, have been negatively impacted by Plaintiff's willful refusal to execute the Satisfactions of Judgment to which the named Defendants and individual Guarantors and cannot wait indefinitely for BB IN TECHNOLOGY CO., LTD.'s position.

WHEREFORE, the Defendants and individual Guarantors respectfully request that this Honorable Court enter an Order compelling provision of Satisfactions of Judgment, together with the reporting of full and final payment to any credit agencies and/or county and/or public records

**SARNOFF & BAYER**
3000 SHIPPING AVENUE, COCONUT GROVE, FLORIDA 33133 • TEL (305) 441-5966 • FAX (305) 441-5977

*BB IN Technology v. JAF, LLC*
Case No: 06-22592-CIV-UNGARO-BENAGES/O'Sullivan

with which this Judgment has been recorded and/or reported, together with an award of attorney's fees incurred in the filing of this Motion.

### Memorandum of Law

The Defendants and individual Guarantors seek this Court's power in equity to compel the Plaintiff to enter Satisfactions to which each entity and individual is jointly and severally entitled to receive. The named Defendants have paid the full agreed settlement to the Plaintiff, and the attorneys fees and additional interest sums required by the Court's Amended Final Judgment. The Defendants and individual Guarantors are legally entitled to the relief requested herein. Defendants additionally request that this Honorable Court grant attorney's fees and costs incurred in the filing of this Motion since the Plaintiff has no legal grounds for failing to provide the requested relief.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 27th day of October, 2008, to John C. Lynch, Esquire, TROUTMAN SANDERS LLP, Attorneys for Plaintiffs, 50 West Main Street, Suite 1600, Norfolk, Virginia 23510; Holly R. Skolnick, Esquire, GREENBERG TRAURIG, Attorneys for Plaintiffs, 1221 Brickell Avenue, Miami, Florida 33131.

SARNOFF & BAYER
3000 Shipping Avenue
Coconut Grove, Florida 33133
Telephone: 305-441-5966
Facsimile: 305-441-5977

BY: *[signature]*
NEIL BAYER
FBN: 615684

3