UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22592-CIV-UNGARO/SIMONTON

TRANSGLOBAL AIRWAYS CORP., et al.,

    Plaintiffs,

v.

BB IN TECHNOLOGY, CO., et al.,

    Defendants.
_____/

## ORDER GRANTING AGREED MOTION

    Presently pending before the Court is the parties' Agreed Motion to Abate Response to Motion to Compel Provision of Satisfaction of Judgment (DE # 176), which was re-docketed by the Clerk of the Court as an Agreed Motion to Stay Ruling re Defendants' Motion to Compel Provision of Satisfaction of Judgment (DE # 177).  This motion is referred to the undersigned Magistrate Judge pursuant to the Order of Reference entered on October 28, 2008 (DE # 175).  Based upon a review of the record, the agreed motion is GRANTED.

    The instant motion stems from an earlier motion, which was filed by Defendants on October 27, 2008.  In their Motion to Compel Provision of Satisfaction of Judgment, Defendants requested that the Court enter an Order compelling Plaintiff, BB in Technology Co., to provide Satisfactions of Judgment in order to signal to credit agencies and other entities that Defendants have paid off the sums owed to Plaintiff pursuant to the terms of the parties' settlement (DE # 174).  Defendants sought an award of attorneys' fees incurred in connection with this motion.  *Id.*

    On November 10, 2008, the parties filed the presently pending agreed motion to abate, asserting that the parties reached an amicable resolution to the earlier motion, but

required additional time to make the necessary arrangements due to the fact that Plaintiff is a foreign corporation (DE # 176).  Therefore, the parties requested that the Court defer ruling on Defendants' Motion to Compel Provision of Satisfaction of Judgment, which, based on the subsequent telephonic representation of both parties' counsel, is expected to take approximately three weeks.

The motion to abate, however, was docketed incorrectly and did not clearly define the relief sought by the parties.  While the motion was titled "Agreed Motion to Abate Response to Motion to Compel Provision of Satisfaction of Judgment Pending Final Resolution of Satisfaction Issue," the wherefore clause requested that the Court "defer ruling on [Defendants'] pending Motion to Compel Provision of Satisfaction of Judgment" (DE # 176 at 2).  Recognizing the inconsistency, the Clerk of the Court re-docketed the "motion to abate" as a "motion to stay," since the parties apparently sought to delay a ruling a ruling on the underlying Motion to Compel Provision of Satisfaction of Judgment (DE ## 177-78).

Based upon a careful review of the record as a whole, the undersigned has determined that it is appropriate to provide the parties sufficient time to obtain the requested Satisfactions of Judgment, and to extend the time for Plaintiff to file its response to the present motion, thereby conserving resources.  It is, accordingly,

**ORDERED AND ADJUDGED** that the Agreed Motion (DE # 176, re-docketed as DE # 177) is **GRANTED**.  On or before December 5, 2008, Plaintiff shall file a response to Defendants' Motion to Compel Provision of Satisfaction of Judgment (DE # 174).  Failure to respond to this motion within the time provided will constitute grounds for granting

the motion by default.  If the parties reach a final resolution of this matter, they shall notify the Court as soon as possible.

**DONE AND ORDERED** in chambers, in Miami, Florida, on November 13, 2008.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Ursula Ungaro, United States District Judge
All counsel of record